```
                                                        FILED
                                                   US DISTRICT COURT
                                                   DISTRICT OF NEBRASKA
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA          SEP 1 2 2006

                                                   OFFICE OF THE CLERK
```

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR253 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| DAMION L. BUCKNER, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Timothy M. Watts, as a Criminal Justice Act Training Panel Member, to assist in the defense of DAMION L. BUCKNER

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Timothy M. Watts is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Timothy M. Watts shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, DAMION L. BUCKNER

Dated: September - 12, 2006

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE